# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**SCOTT DOZIER,**

       Plaintiff,

      vs.

**FINANCIAL CREDIT NETWORK, ET AL.,**

      Defendants.

CASE NO. 19-cv-01470-YGR

**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**

The complaint in this action was filed on March 21, 2019. On May 31, 2019, this Court entered an order granting the unopposed motion of defendant Financial Credit Network Inc. ("FCN") to quash service and dismiss the complaint against it based upon defects in the manner of service of process. (Dkt. No. 17.) The Order gave plaintiff Scott Dozier until July 1, 2019, to file a proof of service on FCN of the summons and complaint in a manner consistent with Rule 4 of the Federal Rules of Civil Procedure. On July 11, 2019, the Court entered an order giving Dozier an extended deadline to file proof of service or an explanation why he had not done so. Dozier was required to file by July 26, 2019, and a compliance hearing was set for Friday, August 2, 2019. The July 11 Order specifically cautioned Dozier that if he failed to file proof of service or an explanation by July 26, 2019, "<u>this action will be dismissed for failure to prosecute</u>." (Dkt. No. 22, emphasis in original.)

As of this date, Dozier has not filed a new proof of service, nor did he file any explanation or appear at the August 2, 2019 compliance hearing. Other than a stipulated dismissal of the only other defendant in this action, Dozier has not filed anything since he submitted the insufficient proof of service on FCN on April 11, 2019.

Therefore, the action herein is ordered **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 7, 2019

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**